396 A.2d 39

Commonwealth v. Mays, Appellant.

Submitted June 12, 1978. Joel W. Todd, for appellant;  Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.